# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

161505(61)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JUWAN KNUMAR DEERING,
      Defendant-Appellant.

SC: 161505
COA: 344734
Oakland CC: 2006-207873-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's December 22, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

      MCCORMACK, C.J., did not participate because of her prior association with a party in this case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021

a0222



Clerk